PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone • 310.477.1699 fax

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMIE LOOP , INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> BEST WESTERN INTERNATIONAL, INC.; BEST WESTERN LAGUNA BRISAS SPA HOTEL; DOES 1 to 10, Inclusive, <br><br> Defendants. | Case No.: CV 12 0841 JAK(PJWx) <br><br> **ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

**IT IS HEREBY ORDERED THAT**, the Stipulation in the above-entitled case is dismissed without prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED:    June 26, 2012        By: _____

HON. JOHN A. KRONSTADT
United States District Judge

1